

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

| | | |
|---|---|---|
| ROBERT FRAZER<br>UNITED STATES ATTORNEY | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*Alicia.Gonzalez@usdoj.gov* | *main: (973) 645-2700*<br>*direct:(973) 645-2761*<br>*fax:   (973) 297-2010* |

*Alicia Gonzalez*
*Special Assistant United States Attorney*

July 10, 2026

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

> Re:   *G- v. Soto,* No. 26-5337 (MEF)
>        **Extension Request for Petitioner's Bond Hearing**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's July 9, 2026, Order, ECF No. 23, directing Respondents to provide Petitioner with a bond hearing on or before 11:00 a.m. on July 13, 2026, and to provide a status update letter on or before noon on July 14, 2026. It also requires Respondents to notify the Court on or before 3:00 p.m. on July 10, 2026, if the bond hearing would not occur by the Court's deadline because the Petitioner requested an adjournment. *Id.*

U.S. Immigration and Customs Enforcement (ICE) informs this Office that the Executive Office for Immigration Review (EOIR) scheduled Petitioner's bond hearing to occur within the parameters of the Court's order. However, Petitioner's counsel notified this Office today, July 10, that she requires an adjournment of the bond hearing. Therefore, we respectfully request an extension of time so that EOIR can reschedule and conduct Petitioner's bond hearing. We will promptly update the Court when EOIR re-schedules the bond hearing. We will also promptly update the Court with the outcome of the bond hearing once it occurs.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    _/s/ Alicia Gonzalez_____
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of record (via ECF)

**SO ORDERED.**
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date:   July 13, 2026

2